UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALDEO and 156 W. 15TH STREET CHELSEA LLC,

                Plaintiffs,

-against-

AIRBNB, INC. and JOHN AND JANE DOES 1 THROUGH 10,

                Defendants.

**ORDER**

20 Civ. 7771 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed in open court today, Plaintiff's counsel is directed to submit a letter on **November 29, 2023**, stating whether Plaintiff and his counsel have reached an agreement on ongoing representation. If not, this Court will conduct a conference shortly thereafter to discuss representation going forward.

Dated: New York, New York
        November 15, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge