**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PHILIP BALDEO and 156 WEST 15TH STREET
CHELSEA, LLC,

                     Plaintiff,                      20 **CIVIL** 7771 (PGG)(VF)

        -against-                    **<u>JUDGMENT</u>**

AIRBNB, INC. and JOHN AND JANE DOES 1-10,

                    Defendants.
------------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 30, 2024, Judge Figueredo's R&R is adopted in its entirety. Defendant Airbnb's motion to dismiss is granted, and leave to amend is denied; accordingly, the case is closed.

**Dated:**  New York, New York

      March 30, 2024

                            **RUBY J. KRAJICK**
                            _____
                            **Clerk of Court**
      **BY:**              K. Mango
                            _____
                            **Deputy Clerk**